Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
NICHOLAS SMART

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**SOUTHERN DIVISION**

| | |
|---|---|
| NICHOLAS SMART, | **Case No.:** 8:12-cv-01210-JST-AN |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| WELTMAN, WEINBERG, AND REIS CO., L.P.A, | |
| Defendant. | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, NICHOLAS SMART, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: October 15, 2012                              KROHN & MOSS, LTD.


                                                     By:/s/ Ryan Lee, Esq.
                                                     Ryan Lee, Esq.
                                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. I further certify that on October 15, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Ryan Lee, Esq.

Ryan Lee, Esq